**JUDGE STEIN**



**08 CIV 6660**

ECF, JURY, RAMIREZ, TDIS

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:07-cv-01465-D
# Internal Use Only

Celanese Corporation v. Daicel Chemical Industries Ltd et al
Assigned to: Judge Sidney A Fitzwater
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 08/24/2007
Date Terminated: 07/18/2008
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Celanese Corporation**                    represented by    **Patrick D Keating**
Haynes & Boone
901 Main St
Suite 3100
Dallas, TX 75202-3789
214/651-5000
Fax: 214/200-0494 FAX
Email: keatingp@haynesboone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore G Baroody**
Haynes & Boone
901 Main St
Suite 3100
Dallas, TX 75202-3789
214/651-5108
Fax: 214/200-0831
Email: baroodyt@haynesboone.com
*ATTORNEY TO BE NOTICED*

**Vance Loren Beagles**
Weil Gotshal & Manges
200 Crescent Court
Suite 300
Dallas, TX 75201
214/746-7700
Fax: 214/746-7777 FAX
Email: vance.beagles@weil.com
*ATTORNEY TO BE NOTICED*

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

BY _____
        DEPUTY CLERK

Certified a true copy of an instrument
on file in my office on ___7-21-08___
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

V.

**Defendant**

**Daicel Chemical Industries Ltd**                          represented by **Karen L Hirschman**
                                                             Vinson & Elkins
                                                             2001 Ross Avenue
                                                             Suite 3700
                                                             Dallas, TX 75201
                                                             214/220-7795
                                                             Fax: 214/220-7716 FAX
                                                             Email: khirschman@velaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Marc A Fuller**
                                                             Vinson & Elkins
                                                             2001 Ross Avenue
                                                             Suite 3700
                                                             Dallas, TX 75201
                                                             214/220-7881
                                                             Fax: 214/999-7881
                                                             Email: mfuller@velaw.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Polyplastics Company Ltd**                                represented by **Vance Loren Beagles**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Liani Kotcher**
                                                             Weil Gotshal & Manges
                                                             200 Crescent Court
                                                             Suite 300
                                                             Dallas, TX 75201
                                                             214/746-8157
                                                             Email: liani.kotcher@weil.com
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/24/2007 | 1 | COMPLAINT against Daicel Chemical Industries Ltd, Polyplastics Company Ltd filed by Celanese Corporation. (Filing fee $350; Receipt number 14333) (klm) (Entered: 08/27/2007) |

| 08/24/2007 | | ***Magistrate Judge Ramirez chosen by random selection to handle matters that may be referred in this case. (klm) (Entered: 08/27/2007) |
|---|---|---|
| 08/24/2007 | | DEMAND for Trial by Jury by Celanese Corporation. (see doc. 1 for image) (klm) (Entered: 08/27/2007) |
| 08/24/2007 | 2 | CERTIFICATE OF INTERESTED PERSONS by Celanese Corporation. (klm) (Entered: 08/27/2007) |
| 08/24/2007 | 3 | Disclosure Statement by Celanese Corporation. (klm) (Entered: 08/27/2007) |
| 08/24/2007 | 5 | Order Designating Case for ECF - see order for specifics. (Signed by Judge Sidney A Fitzwater on 8/24/07) (klm) (Entered: 08/27/2007) |
| 08/27/2007 | 4 | Summons Issued as to Daicel Chemical Industries Ltd, Polyplastics Company Ltd. (klm) (Entered: 08/27/2007) |
| 12/21/2007 | 6 | NOTICE of Status of Service of Process by Celanese Corporation. (Bloom, Jason) Modified on 12/27/2007 (lmp). (Entered: 12/21/2007) |
| 03/07/2008 | 7 | Joint Motion for Extension of Time to File Answer , *Move or Otherwise Respond to the Complaint* by Polyplastics Company Ltd, and all parties. (Attachments: # 1 Text of Proposed Order) (Beagles, Vance) Modified on 3/10/2008 (npk). (Entered: 03/07/2008) |
| 03/07/2008 | 8 | ORDER granting 7 Joint Motion for Extension of Time to File Answer, Move or Otherwise Respond to the Complaint re 1 Complaint. Daicel Chemical Industries Ltd answer due 6/6/2008; Polyplastics Company Ltd answer due 6/6/2008. (Signed by Judge Sidney A Fitzwater on 3/07/08) (npk) (Entered: 03/10/2008) |
| 05/27/2008 | 9 | Joint MOTION to Extend Time to Enlarge Time to Answer, Move or Otherwise Response to the Complaint filed by Celanese Corporation, Daicel Chemical Industries Ltd, Polyplastics Company Ltd (Attachments: # 1 Text of Proposed Order) (Beagles, Vance) (Entered: 05/27/2008) |
| 05/27/2008 | 10 | ORDER granting 9 Joint Motion to Extend Time to Answer. Defendants shall have until June 20, 2008 to answer or otherwise respond to plaintiff's complaint. (Signed by Judge Sidney A Fitzwater on 5/27/08) (klm) (Entered: 05/28/2008) |
| 06/18/2008 | 11 | Joint Motion for Extension of Time to File Answer , *Move or Otherwise Respond to the Complaint* filed by Celanese Corporation, Daicel Chemical Industries Ltd, Polyplastics Company Ltd (Attachments: # 1 Text of Proposed Order) (Beagles, Vance) (Entered: 06/18/2008) |
| 06/18/2008 | 12 | ORDER granting 11 Joint Motion for Extension of Time to File Answer, Move or Otherwise Respond to the Complaint. Daicel Chemical Industries Ltd answer due 7/21/2008; Polyplastics Company Ltd answer due 7/21/2008. (Signed by Judge Sidney A Fitzwater on 06/18/08) (lmp) (Entered: 06/19/2008) |
| 07/17/2008 | 13 | Joint MOTION to Transfer Case out of District filed by Celanese Corporation, Daicel Chemical Industries Ltd, Polyplastics Company Ltd. (Attachments: # 1 Text of Proposed Order) (Beagles, Vance) Modified on 7/18/2008 (jyg). |

| | | (Entered: 07/17/2008) |
|---|---|---|
| 07/17/2008 | | Motion for Extension of Time to File Answer, Move or Otherwise Respond to the Complaint filed by Celanese Corporation, Daicel Chemical Industries Ltd, Polyplastics Company Ltd. See doc #13 for image. (jyg) (Entered: 07/18/2008) |
| 07/18/2008 | 14 | ORDER granting 13 Joint Motion to Transfer Venue to the Southern District of New York and Enlarge Time to Answer, Mover, or Otherwise Respond to the Complaint. Accordingly, this action is hereby transferred to the United States District Court for the Southern District of New York, and defendants' time to answer, move, or otherwise respond to the complaint is extended to and including August 20, 2008. (Signed by Judge Sidney A Fitzwater on 7/18/2008) (axm) (Entered: 07/18/2008) |
| 07/18/2008 | | Interdistrict Transfer to Southern District of New York. (axm) (Entered: 07/21/2008) |

08 CIV 6660

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| CELANESE CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:07-CV-1465-D |
| VS. § | |
| § | |
| DAICEL CHEMICAL INDUSTRIES, § | |
| LTD., et al., § | |
| § | |
| Defendants. § | |

## ORDER

To conserve party and judicial resources, and in light of the parties' ongoing efforts to resolve this dispute, the court grants the parties' July 17, 2008 joint motion to transfer venue to the Southern District of New York and enlarge time to answer, move or otherwise respond to the complaint, without waiver of any rights regarding jurisdictional defenses or motions that might be made pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Accordingly, this action is hereby transferred to the United States District Court for the Southern District of New York, and defendants' time to answer, move, or otherwise respond to the complaint is extended to and including August 20, 2008.

**SO ORDERED**.

July 18, 2008.

SIDNEY A. FITZWATER
CHIEF JUDGE

Certified a true copy of an instrument
on file in my office on ___7-21-08___
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 2 4 2007

CLERK, U.S. DISTRICT COURT
By _____
        **Deputy**

CELANESE CORPORATION,                    §
                                         §
        *Plaintiff,*                     §
                                         §   CASE NO: _____
v.                                       §
                                         §   CIVIL CASE
DAICEL CHEMICAL INDUSTRIES, LTD.,        §   **3 0 7 - C V 1 4 6 5 - D**
and POLYPLASTICS COMPANY, LTD.,          §   JURY DEMANDED
                                         §
        *Defendants.*                    §
                                         §
                                         §
                                         §

---

## CERTIFICATE OF INTERESTED PARTIES

---

        In accordance with Local Rule 3.1(f), Plaintiff Celanese Corporation hereby

provides herewith "a separately signed certificate of interested persons that contains a complete

list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers,

affiliates, parent or subsidiary corporations, or other legal entities who or which are financially

interested in the outcome of the case":

        1)      Celanese Corporation

        2)      Daicel Chemical Industries, Ltd.

        3)      Polyplastics Company, Ltd.

Dated:  August 24, 2007          By:  _____

Patrick D. Keating
Texas State Bar No. 00794074
Theodore G. Baroody
Texas State Bar No. 0179550

Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas  75202
(214) 651-5406

Counsel for Plaintiff
CELANESE CORPORATION

D-1560532_1.DOC

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 24 2007

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | |
|---|---|
| CELANESE CORPORATION, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | § |
| DAICEL CHEMICAL INDUSTRIES, LTD., | § |
| and POLYPLASTICS COMPANY, LTD., | § |
| | § |
| *Defendants.* | § |
| | § |
| | § |

CASE NO: _____

CIVIL CASE
**307-CV1465-D**
JURY DEMANDED

---

## PLAINTIFF'S DISCLOSURE STATEMENT

---

In accordance with FRCP 7.1, Plaintiff Celanese Corporation hereby states that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Dated:  August 24, 2007                    By:   _Patrick D. Keating w/p Theodore D Baroody_

Patrick D. Keating
Texas State Bar No. 00794074
Theodore G. Baroody
Texas State Bar No. 01797550

Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas  75202
(214) 651-5406

Counsel for Plaintiff
CELANESE CORPORATION

D-1560532_1.DOC

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN      District of      TEXAS, DALLAS DIVISION

CELANESE CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

DAICEL CHEMICAL INDUSTRIES, LTD., and
POLYPLASTICS COMPANY, LTD.

CASE NUMBER:

# 307 - CV1465 - D

TO: (Name and address of Defendant)

Daicel Chemical Industries, Ltd.
c/o Mr. Daisuke Ogawa, President and Chief Executive Officer
1, Teppo-cho, Sakai-ku, Sakai, Osaka 590-8501, Japan.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick D. Keating
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

AUG 2 7 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
  discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                          *Signature of Server*


                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____TEXAS, DALLAS DIVISION_____

CELANESE CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

DAICEL CHEMICAL INDUSTRIES, LTD., and
POLYPLASTICS COMPANY, LTD.

CASE NUMBER:

3 07 - CV 1465 - D

TO: (Name and address of Defendant)

> Polyplastics Company, Ltd.
> c/o Yasumasa Komura, President and Chief Executive Officer
> 18-1, Konan 2-Chome, Minato-Ku, Tokyo 108-8280, Japan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Patrick D. Keating
> Haynes and Boone, LLP
> 901 Main Street, Suite 3100
> Dallas, Texas 75202

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

AUG 2 7 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                        *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

<b>UNITED STATES DISTRICT COURT</b>
<b>NORTHERN DISTRICT OF TEXAS</b>
<b>DALLAS DIVISION</b>

Revised 12/11/06

**TO:** **All Attorneys of Record Appearing in a Case Assigned to United States District Judge Sidney A. Fitzwater and Designated for Enrollment in the Electronic Case Files System (including Attorneys in *pro se* cases)**

**<u>STANDING ORDER[1] DESIGNATING CASE FOR ENROLLMENT IN THE ELECTRONIC CASE FILES "ECF" SYSTEM</u>**

The court has determined that this case will be enrolled in the Electronic Case Files ("ECF") system as an ECF case. Therefore, it is **ordered** that all counsel of record must register as an ECF user **within ten days of the date of notice of this order**, if they have not already done so. Licensed attorneys are **permitted**, **not required**, to file documents electronically in this case. Only licensed attorneys may submit documents for electronic filing; therefore, no *pro se* party (including a prisoner) will be permitted to register as an ECF user or submit documents electronically. To register, counsel must:

1. Review Miscellaneous Order Number 61;

2. Review the ECF Administrative Procedures Manual;

3. Complete the online attorney tutorial for ECF training;

4. Review the ECF User Guide;

---

[1]Upon opening a new case, the clerk must enter this Standing Order. If the plaintiff or petitioner in a civil action is proceeding *pro se*, the clerk may not distribute this order unless there is an order for process to issue. If process is ordered to issue, the clerk is directed at that time to send a copy of this order to the defendant or respondent with the service of the summons or show cause order.

**Standing Order Designating Case for Enrollment in ECF - Page 1**

5.      Complete the ECF Attorney/User Registration Form and forward it to the Clerk's Office; and

6.      Ensure that any attorney granted *pro hac vice* admission as co-counsel in this case also registers as an ECF user.

## Duty of Initiating Party
## <u>to Serve ECF Designation Order upon Opposing Party</u>

It is further **ordered** that in a civil ECF case, the party initiating the action in this court must serve a copy of this order on the opposing party(ies) with service of process or within five days of receipt of this order, whichever is later. If an additional party is joined in a civil ECF case at a later date, the party joining the additional party is **ordered** to serve a copy of this order on the additional party within five days of when the additional party is joined.

In a criminal ECF case, it is **ordered** that the government serve a copy of this order on defendant's counsel when defendant's counsel makes an appearance in the case on behalf of the defendant.

## <u>Electronic Case Files Requirements</u>

After an attorney is registered as an ECF user, the attorney may submit documents for filing in this case using the ECF system. In doing so, counsel must observe the following directives:

1. **Governing Documents:**  The case will be governed, unless otherwise ordered, by Miscellaneous Order Number 61, the ECF Administrative Procedures Manual, and the ECF User Guide.

2. **Service of Documents upon Non-ECF Users:**  Service of documents upon non-ECF users (including *pro se* litigants) must be effected on paper in a manner authorized by Federal Rule of Civil Procedure 5.

3. **Courtesy Copies ("paper copies" of filings in ECF cases):**  Each judge listed on the reference chart included as Attachment 1 to this Standing Order has specific requirements for courtesy copies.  Each courtesy copy must be marked "Judge's Copy," must have a copy of the Notice of Electronic Filing[2] for that document affixed as the first page, must be delivered to the court within **three business days** of the date of filing of the original document, and must be in the form required by LR 10.1 and LCrR 49.3.  The court, in its discretion, may not begin its consideration of the document until it has received the required courtesy copy.  Furthermore, failure to follow the courtesy copy requirements of the presiding judge may result in the document being unfiled.  If the courtesy copy is mailed directly to the chambers of the presiding judge, delivery is complete upon mailing.  Hand-deliveries must be made to the clerk's office

---

[2]A link to the Notice of Electronic Filing and the electronically filed document will be automatically e-mailed to the filer upon the completion of the electronic filing procedure.

**Standing Order Designating Case for Enrollment in ECF - Page 3**

at 1100 Commerce Street, Room 1452, Dallas, Texas 75242, must be enclosed in a sealed envelope that bears the name of the judge to whom the courtesy copy is directed, and must identify itself as a "Courtesy Copy." *The court will not accept hand deliveries brought directly to chambers unless it specifically instructs a party to do so.* **Please Note:** If this case or any portion of this case is referred to a United States Magistrate Judge, the magistrate judge may enter an order with additional specific requirements. Please see the magistrate judge's order for details.

4.  **Proposed Orders:** A proposed order must be submitted with **every** motion via e-mail as instructed under the ECF system's "Proposed Orders" event. The subject line of the e-mail transmitting the proposed order must be complete as directed in the instructions.

5.  **Documents Which Require Leave of Court to File:** A party who moves for leave of court to file an amended pleading, or for leave of court to file any other document (e.g., surreply, document exceeding the page limit, etc.), must attach the proposed document as an exhibit to the motion for leave. If the motion for leave is granted, the moving party must **THEN submit the document for which leave was granted within three days AFTER** leave is granted, unless otherwise ordered by the court. Attorneys

**Standing Order Designating Case for Enrollment in ECF - Page 4**

are cautioned not to prematurely file a document that requires leave of court to file.

6.    **Privacy Policy:  Counsel must ensure that all documents filed with the court strictly comply with the privacy policy of the United States District Court for the Northern District of Texas.  The privacy policy restricts the use and manner of use of certain types of information, including:  social security numbers, driver license numbers, tax identification numbers, minors' names, birth dates, financial account numbers, credit card numbers, medical records, employment histories, proprietary or trade secret information, crime victim information, national security information, sensitive security information as described in 49 U.S.C. § 114(s), and information regarding an individual's cooperation with the government. The complete privacy policy may be found at http://www.txnd.uscourts.gov/pdf/TXNprivnot.pdf**.

7.    **Questions:**  ECF questions should be directed to the Office of the Clerk at (214)753-2200 or the ECF Help Desk at (866) 243-2866.

*ATTACHMENT 1*

# COURTESY COPY REQUIREMENTS

| JUDGE | COPY REQUIREMENTS | MAILED TO: |
|---|---|---|
| A. Joe Fish | Civil and Criminal Cases:  ALL FILINGS | 1100 Commerce Street, Room 1528 Dallas, TX  75242 |
| Sidney A. Fitzwater | Civil and Criminal Cases:  ALL FILINGS | 1100 Commerce Street, Room 1520 Dallas, TX  75242 |
| Jorge A. Solis | Civil and Criminal Cases:  ALL FILINGS, including Proposed Orders | 1100 Commerce Street, Room 1654 Dallas, TX  75242 |
| Sam A. Lindsay | Civil Cases: All Dispositive Motions, Responses, Replies and Appendices thereto **and** any document over 25 pages in length Criminal Cases:  ALL FILINGS | 1100 Commerce Street, Room 1312 Dallas, TX 75242 |
| Barbara M.G. Lynn | Civil Cases: All Dispositive Motions, Responses, Replies and Appendices thereto **and** any document over 25 pages in length Criminal Cases: None Required | 1100 Commerce Street, Room 1572 Dallas, TX 75242 Note: Hand-deliveries to chambers are allowed. |
| David C. Godbey | **No** Courtesy Copies Required | |
| Ed Kinkeade | Civil Cases: All Dispositive Motions, Responses, Replies, and Appendices thereto **and** any document over 25 pages in length Criminal Cases: None Required | 1100 Commerce Street, Room 1625 Dallas, TX  75242 |
| Jane J. Boyle | Civil and Criminal Cases:  All Dispositive Motions, Responses, Replies, and Appendices thereto | 1100 Commerce Street, Room 1376 Dallas, TX  75242 |
| Jerry Buchmeyer | Civil and Criminal Cases: All Dispositive Motions, Responses, Replies, and Appendices thereto (including Joint Submissions) | 1100 Commerce Street, Room 1544 Dallas, TX  75242 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELANESE CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | CASE NO: 3:07-CV-1465-D |
| | § | |
| v. | § | CIVIL CASE |
| | § | |
| DAICEL CHEMICAL INDUSTRIES, LTD., | § | JURY DEMANDED |
| and POLYPLASTICS COMPANY, LTD., | § | |
| | § | |
| *Defendants*. | § | |

### PLAINTIFF'S NOTICE OF STATUS OF SERVICE OF PROCESS

Plaintiff Celanese Corporation ("Celanese") files this notice to inform the Court regarding the status of completing service of process upon Defendants Daicel Chemical Industries, Ltd. and Polyplastics Company, Ltd. As indicated in Celanese's Complaint, upon information and belief, Defendants are Japanese corporations. Celanese has filed documents with the Central Authority of Japan requesting that agency to complete service of process upon the Defendants pursuant to the Hague Convention on service. Celanese cannot influence the speed at which the Central Authority of Japan will complete service of process. At this time, Celanese estimates that it may take at least three to four months for the Central Authority of Japan to complete service upon the Defendants.

Dated:  December 21, 2007

Respectfully submitted,

/s Patrick D. Keating
Patrick D. Keating
Texas State Bar No. 00794074
Theodore G. Baroody
Texas State Bar No. 0179550

HAYNES AND BOONE, L.L.P.
901 Main St., Suite 3100
Dallas, Texas 75202-3789
Telephone:    (214) 651-5000
Telecopier:    (214) 651-5940

Counsel for Plaintiff
CELANESE CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

CELANESE CORPORATION,

                         Plaintiff,

v.

DAICEL CHEMICAL INDUSTRIES, LTD., and
POLYPLASTICS COMPANY, LTD.,

                        Defendants.

          Case No: 3:07–CV1465–D

            **ECF**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION ENLARGING TIME TO ANSWER,
## MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Celanese Corporation ("Plaintiff") and defendants Daicel Chemical Industries,

Ltd. ("Daicel") and Polyplastics Company, Ltd. ("Polyplastics") (collectively "Defendants")

jointly move this Court to extend Defendants' time to answer, move or otherwise respond to the

Complaint in this action ("Complaint") up to and including Friday, June 6, 2008.  Specifically,

the parties jointly propose to suspend litigation activity, including motion practice and discovery,

in order to engage in discussions regarding potential resolution of the dispute or referral of the

dispute to an alternative dispute resolution procedure.  In support of this joint motion, Plaintiff

and Defendants (together, the "Parties") state as follows:

      1.        On August 24, 2007, Plaintiff filed the Complaint in the above-captioned matter

in the United States District Court for the Northern District of Texas, Dallas Division.

2.      Polyplastics was served with the Complaint on February 19, 2008 and Daicel was served with the Complaint on February 21, 2008.  Therefore, Polyplastics' current deadline to answer or otherwise respond to the Complaint is March 10, 2008 and Daicel's current deadline to answer or otherwise respond to the Complaint is March 12, 2008.  No previous extensions have been sought of the deadline to answer or otherwise respond.

3.      The Parties are engaged in discussions regarding the potential resolution of the litigation or referral of the dispute to an alternative dispute resolution procedure.  The Parties agree that additional time to answer would be in the interest of justice, would not be for the purpose of delaying the litigation, and would facilitate the resolution of the dispute in a manner that would best serve the interests of the Parties and judicial efficiency.

4.      By making this motion and by accepting the terms of the Proposed Agreed Order, the Parties do not waive their rights with respect to any other potential issues in this litigation, including their respective positions regarding jurisdictional defenses under Rule 12 of the Federal Rules of Civil Procedure either by motion or otherwise, or any other motion that they may make.

WHEREFORE, the Parties respectfully request this Court order as follows:

1.      The deadline for Defendants to answer, move, or otherwise respond to the Complaint be extended up to and including Friday, June 6, 2008.

Respectfully submitted this 7th day March, 2008.

/s/    Robert C. Walters
Robert C. Walters
Texas Bar No. 20820300
Marc A. Fuller
Texas Bar No. 24032210
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone:  (214) 220-7704
Facsimile:  (214) 999-7704

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*


/s/    Vance L. Beagles
Vance L. Beagles
Texas Bar No. 00787052
Liani Kotcher
Texas Bar No. 24026238
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

*Attorneys for Defendant Polyplastics Company, Ltd.*


/s/    Patrick D. Keating
Patrick D. Keating
Texas Bar No. 00794074
Theodore G. Baroody
Texas Bar No. 01797550
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5406
Facsimile:  (214) 200-0494

*Attorneys for Plaintiff  Celanese Corporation*

## CERTIFICATE OF CONFERENCE

This is to certify that on the 6th day of March 2008, counsel for Defendant spoke with

counsel for Celanese Corporation, who indicated that they agreed to the Joint Motion Enlarging

Time to Answer, Move or Otherwise Respond to the Complaint.

/s/ Liani Kotcher

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically transmitted the Joint Motion Enlarging Time to Answer, Move or Otherwise Respond to the Complaint using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case.  I further certify that the foregoing document was served on all counsel of record by ECF.

/s/ Liani Kotcher

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
     :

CELANESE CORPORATION,     :
     :
        Plaintiff,     :
     :
v.     :  Case No: 3:07–CV1465–D
     :
DAICEL CHEMICAL INDUSTRIES, LTD., and     :
POLYPLASTICS COMPANY, LTD.,     :  **ECF**
     :
        Defendants.     :
     :
     :
     :
     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] AGREED ORDER ENLARGING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

To conserve party and judicial resources and in light of the parties' ongoing efforts to resolve this dispute or reach agreement regarding alternative dispute resolution, the Court hereby GRANTS the parties' Joint Motion Enlarging Time To Answer, Move or Otherwise Respond to the Complaint, without waiver of any rights regarding jurisdictional defenses or motions that might be made pursuant to Rule 12 of the Federal Rules of Civil Procedures. Defendants' time to answer, move, or otherwise respond to the Complaint is extended up to and including Friday, June 6, 2008.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Sidney A. Fitzwater
United States District Judge

/s/      Robert C. Walters
Robert C. Walters
Texas Bar No. 20820300
Marc A. Fuller
Texas Bar No. 24032210
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone:  (214) 220-7704
Facsimile:  (214) 999-7704

*Attorneys for Defendant Daicel Chemical
Industries, Ltd.*


/s/      Vance L. Beagles
Vance L. Beagles
Texas Bar No. 00787052
Liani Kotcher
Texas Bar No. 24026238
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

*Attorneys for Defendant Polyplastics Company, Ltd.*


/s/      Patrick D. Keating
Patrick D. Keating
Texas Bar No. 00794074
Theodore G. Baroody
Texas Bar No. 01797550
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5406
Facsimile:  (214) 200-0494

*Attorneys for Plaintiff  Celanese Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELANESE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:07-CV-1465-D |
| VS. | § | |
| | § | |
| DAICEL CHEMICAL INDUSTRIES, | § | |
| LTD., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The March 7, 2008 joint motion enlarging time to answer, move, or otherwise respond is granted, and defendants shall have until June 6, 2008 to answer or otherwise respond to plaintiff's complaint.

**SO ORDERED**.

March 7, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELANESE CORPORATION,      :

            Plaintiff,      :

                     :

v.      :      Case No: 3:07–CV1465–D

DAICEL CHEMICAL INDUSTRIES, LTD., and      :
POLYPLASTICS COMPANY, LTD.,      :      **ECF**

            Defendants.      :

                     :

                     :

                     :

                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION ENLARGING TIME TO ANSWER,
## MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

      Plaintiff Celanese Corporation ("Plaintiff") and defendants Daicel Chemical Industries,

Ltd. ("Daicel") and Polyplastics Company, Ltd. ("Polyplastics") (collectively "Defendants")

jointly move this Court to extend Defendants' time to answer, move or otherwise respond to the

Complaint in this action ("Complaint") up to and including June 20, 2008. Specifically, the

parties jointly propose to suspend litigation activity in order to continue ongoing discussions

regarding potential resolution of the dispute or referral of the dispute to an alternative dispute

resolution procedure. In support of this joint motion, Plaintiff and Defendants (together, the

"Parties") state as follows:

        1.     On August 24, 2007, Plaintiff filed the Complaint in the above-captioned matter

in the United States District Court for the Northern District of Texas, Dallas Division.

2.      Polyplastics was served with the Complaint on February 19, 2008 and Daicel was served with the Complaint on February 21, 2008. Polyplastics' deadline to answer or otherwise respond to the Complaint was March 10, 2008 and Daicel's deadline to answer or otherwise respond to the Complaint was March 12, 2008.

3.      On March 7, 2008, the Parties sought an extension of these deadlines until June 6, 2008 in light of the Parties' efforts to discuss potential resolution of the litigation or referral of the dispute to an alternative dispute resolution procedure. The Parties agreed that additional time to answer would be in the interest of justice, would not be for the purpose of delaying the litigation, and would facilitate the resolution of the dispute in a manner that would best serve the interests of the Parties and judicial efficiency.

4.      The Parties are continuing these efforts to discuss potential resolution of the litigation, and thus, a further extension of time allowing a new deadline of June 20, 2008, would be in the interest of justice, would not be for the purpose of delaying the litigation, and would facilitate the resolution of the dispute in a manner that would best serve the interests of the Parties and judicial efficiency.

5.      By making this motion and by accepting the terms of the Proposed Agreed Order, the Parties do not waive their rights with respect to any other potential issues in this litigation, including their respective positions regarding jurisdictional defenses under Rule 12 of the Federal Rules of Civil Procedure either by motion or otherwise, or any other motion that they may make.

WHEREFORE, the Parties respectfully request this Court order as follows:

1.      The deadline for Defendants to answer, move, or otherwise respond to the Complaint be extended up to and including June 20, 2008.

Respectfully submitted this 27th day May, 2008.

/s/Karen L. Hirschman
Karen L. Hirschman
Texas Bar No. 20820300
Marc A. Fuller
Texas Bar No. 24032210
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone: (214) 220-7704
Facsimile: (214) 999-7704

*Attorneys for Defendant Daicel Chemical
Industries, Ltd.*

/s/Vance L. Beagles
Vance L. Beagles
Texas Bar No. 00787052
Liani Kotcher
Texas Bar No. 24026238
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

*Attorneys for Defendant Polyplastics Company, Ltd.*

/s/Patrick D. Keating
Patrick D. Keating
Texas Bar No. 00794074
Theodore G. Baroody
Texas Bar No. 01797550
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5406
Facsimile: (214) 200-0494

*Attorneys for Plaintiff Celanese Corporation*

CERTIFICATE OF CONFERENCE

This is to certify that on the 23rd day of May 2008, counsel for Defendants spoke with

counsel for Celanese Corporation, who indicated that they agreed to the Joint Motion Enlarging

Time to Answer, Move or Otherwise Respond to the Complaint.

/s/ Liani Kotcher

## CERTIFICATE OF SERVICE

I hereby certify that on May 27th, 2008, I electronically transmitted the Joint Motion
Enlarging Time to Answer, Move or Otherwise Respond to the Complaint using the ECF system
for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in
this case. I further certify that the foregoing document was served on all counsel of record by
ECF.

/s/Liani Kotcher _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

CELANESE CORPORATION,

                Plaintiff,

v.

DAICEL CHEMICAL INDUSTRIES, LTD., and
POLYPLASTICS COMPANY, LTD.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

Case No: 3:07–CV1465–D

**ECF**

## [PROPOSED] AGREED ORDER ENLARGING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

To conserve party and judicial resources and in light of the parties' ongoing efforts to resolve this dispute or reach agreement regarding alternative dispute resolution, the Court hereby GRANTS the parties' Joint Motion Enlarging Time To Answer, Move or Otherwise Respond to the Complaint, without waiver of any rights regarding jurisdictional defenses or motions that might be made pursuant to Rule 12 of the Federal Rules of Civil Procedures. Defendants' time to answer, move, or otherwise respond to the Complaint is extended up to and including June 20, 2008.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Sidney A. Fitzwater
United States District Judge

/s/Karen L. Hirschman
Karen L. Hirschman
Texas Bar No. 20820300
Marc A. Fuller
Texas Bar No. 24032210
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone:  (214) 220-7704
Facsimile:  (214) 999-7704

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

/s/Vance L. Beagles
Vance L. Beagles
Texas Bar No. 00787052
Liani Kotcher
Texas Bar No. 24026238
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

*Attorneys for Defendant Polyplastics Company, Ltd.*

/s/Patrick D. Keating
Patrick D. Keating
Texas Bar No. 00794074
Theodore G. Baroody
Texas Bar No. 01797550
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5406
Facsimile: (214) 200-0494

*Attorneys for Plaintiff Celanese Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELANESE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:07-CV-1465-D |
| VS. | § | |
| | § | |
| DAICEL CHEMICAL INDUSTRIES, | § | |
| LTD., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The May 27, 2008 joint motion enlarging time to answer, move, or otherwise respond to the complaint is granted, and defendants shall have until June 20, 2008 to answer or otherwise respond to plaintiff's complaint.

**SO ORDERED**.

May 27, 2008.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELANESE CORPORATION,                    :

            Plaintiff,                    :

                              :

v.                    :    Case No: 3:07–CV1465–D

DAICEL CHEMICAL INDUSTRIES, LTD., and    :
POLYPLASTICS COMPANY, LTD.,              :    **ECF**

            Defendants.                    :

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION ENLARGING TIME TO ANSWER,
## MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Celanese Corporation ("Plaintiff") and defendants Daicel Chemical Industries, Ltd. ("Daicel"), and Polyplastics Company, Ltd. ("Polyplastics") (collectively "Defendants"), jointly move this Court to extend Defendants' time to answer, move or otherwise respond to the Complaint in this action ("Complaint") up to and including July 21, 2008. Specifically, Plaintiff and Defendants (together, the "Parties") jointly propose to extend this deadline in order to continue ongoing discussions between high level management regarding potential resolution of the dispute. In support of this joint motion, the Parties state as follows:

1.      On August 24, 2007, Plaintiff filed the Complaint in the above-captioned matter in the United States District Court for the Northern District of Texas, Dallas Division.

2.      Polyplastics was served with the Complaint on February 19, 2008 and Daicel was served with the Complaint on February 21, 2008. Polyplastics' original deadline to answer or

otherwise respond to the Complaint was March 10, 2008 and Daicel's original deadline to answer or otherwise respond to the Complaint was March 12, 2008.

3. On March 7, 2008, the Parties sought an extension of these deadlines until June 6, 2008 in light of the Parties' efforts to discuss potential resolution of the litigation or referral of the dispute to an alternative dispute resolution procedure. The Parties agreed that additional time to answer would be in the interest of justice, would not be for the purpose of delaying the litigation, and would facilitate the resolution of the dispute in a manner that would best serve the interests of the Parties and judicial efficiency. The June 6, 2008 deadline was subsequently extended by an additional two weeks by agreement of all Parties and order of the Court to June 20, 2008.

4. The Parties are continuing their efforts to discuss potential resolution of the litigation, and thus, a further extension of time allowing a new deadline of July 21, 2008, would be in the interest of justice, would not be for the purpose of delaying the litigation, and would facilitate the resolution of the dispute in a manner that would best serve the interests of the Parties and judicial efficiency.

5. Specifically, top managerial personnel of each of the Parties have attended meetings within the last several weeks to discuss this litigation, including in-person meetings between key business personnel on June 13-14. Among the topics being discussed in these meetings are a possible agreement to resolve some or all of the issues in dispute between the Parties, and possible alternative mechanisms for resolving and streamlining the disputes, including the possibility of a joint motion to transfer the case to the Southern District of New York. The Parties plan to conduct additional meetings among high level business personnel. A further extension of time, therefore, will assist the Parties in furthering their negotiations

**JOINT MOTION ENLARGING TIME TO ANSWER,**
**MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**    Page 2

regarding these and other issues in an effort to narrow or resolve the actual disputed issues between them.

6.      By making this motion and by accepting the terms of the Proposed Agreed Order, the Parties do not waive their rights with respect to any other potential issues in this litigation, including their respective positions regarding jurisdictional defenses under Rule 12 of the Federal Rules of Civil Procedure either by motion or otherwise, or any other motion that they may make.

WHEREFORE, the Parties respectfully request this Court order as follows:

1.      The deadline for Defendants to answer, move, or otherwise respond to the Complaint be extended up to and including July 21, 2008.

Respectfully submitted this 18th day of June, 2008.

/s/Karen L. Hirschman
Karen L. Hirschman
Texas Bar No. 20820300
Marc A. Fuller
Texas Bar No. 24032210
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone:  (214) 220-7704
Facsimile:  (214) 999-7704

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

/s/Vance L. Beagles
Vance L. Beagles
Texas Bar No. 00787052
Liani Kotcher
Texas Bar No. 24026238
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

*Attorneys for Defendant Polyplastics Company, Ltd.*


/s/Patrick D. Keating
Patrick D. Keating
Texas Bar No. 00794074
Theodore G. Baroody
Texas Bar No. 01797550
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5406
Facsimile:  (214) 200-0494

*Attorneys for Plaintiff Celanese Corporation*

## **CERTIFICATE OF CONFERENCE**

This is to certify that on the 18th day of June 2008, counsel for Defendants spoke with counsel for Celanese Corporation, who indicated that they agreed to the Joint Motion Enlarging Time to Answer, Move or Otherwise Respond to the Complaint.

/s/ Liani Kotcher

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2008, I electronically transmitted the Joint Motion Enlarging Time to Answer, Move or Otherwise Respond to the Complaint using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case. I further certify that the foregoing document was served on all counsel of record by ECF.

/s/Liani Kotcher



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
CELANESE CORPORATION, :
:
        Plaintiff, :
:
v. :
:   Case No: 3:07–CV1465–D
DAICEL CHEMICAL INDUSTRIES, LTD., and :
POLYPLASTICS COMPANY, LTD., :
:     **ECF**
        Defendants. :
:
:
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] AGREED ORDER ENLARGING TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

To conserve party and judicial resources and in light of the parties' ongoing efforts to

resolve this dispute, the Court hereby GRANTS the parties' Joint Motion Enlarging Time To

Answer, Move or Otherwise Respond to the Complaint, without waiver of any rights regarding

jurisdictional defenses or motions that might be made pursuant to Rule 12 of the Federal Rules of

Civil Procedures. Defendants' time to answer, move, or otherwise respond to the Complaint is

extended up to and including July 21, 2008.

IT IS SO ORDERED.

DA1:\521479\04\B6DJ04!.DOC\68054.0003

Dated: _____

_____
Honorable Sidney A. Fitzwater
United States District Judge


/s/Karen L. Hirschman_____
Karen L. Hirschman
Texas Bar No. 20820300
Marc A. Fuller
Texas Bar No. 24032210
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone:  (214) 220-7704
Facsimile:  (214) 999-7704

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*


/s/Vance L. Beagles_____
Vance L. Beagles
Texas Bar No. 00787052
Liani Kotcher
Texas Bar No. 24026238
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

*Attorneys for Defendant Polyplastics Company, Ltd.*

/s/Patrick D. Keating
Patrick D. Keating
Texas Bar No. 00794074
Theodore G. Baroody
Texas Bar No. 01797550
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5406
Facsimile:  (214) 200-0494

*Attorneys for Plaintiff  Celanese Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELANESE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:07-CV-1465-D |
| VS. | § | |
| | § | |
| DAICEL CHEMICAL INDUSTRIES, | § | |
| LTD., et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The June 18, 2008 joint motion enlarging time to answer, move, or otherwise respond to the

complaint is granted, and defendants shall have until July 21, 2008 to answer or otherwise respond

to plaintiff's complaint.

**SO ORDERED**.

June 18, 2008.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELANESE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | CASE NO: 3:07-CV1465-D |
| | § | |
| v. | § | CIVIL CASE |
| | § | ECF |
| DAICEL CHEMICAL INDUSTRIES, LTD., | § | |
| and POLYPLASTICS COMPANY, LTD., | § | |
| | § | |
| Defendants. | § | |

### JOINT MOTION OF ALL PARTIES
### TO TRANSFER VENUE TO THE SOUTHERN DISTRICT
### OF NEW YORK AND ENLARGE TIME TO ANSWER, MOVE,
### OR OTHERWISE RESPOND TO THE COMPLAINT

All parties to the above-captioned action (the "Action") hereby file this Joint

Motion of All Parties to Transfer Venue to the United States District Court for the Southern

District of New York and Enlarge Time to Answer, Move, or Otherwise Respond to the

Complaint (the "Motion"), pursuant to 28 U.S.C. § 1404(a) ("Section 1404(a)").  The parties

respectfully move the Court to enter the proposed order filed herewith and transfer the Action to

the United States District Court for the Southern District of New York and extend Defendants'

time to answer, move, or otherwise respond to the Complaint in the Action ("Complaint") up to

and including August 20, 2008.  In support of this Motion, the parties state as follows:

**I.     MOTION TO TRANSFER VENUE TO THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

1.      This Action relates to a series of agreements pursuant to which Daicel

Chemical Industries, Ltd. ("Daicel") and Celanese Corporation ("Celanese") agreed to form

Polyplastics Company, Ltd. ("Polyplastics"), followed by the transfer of certain know-how and

intellectual property rights from Celanese to Polyplastics.  (*See generally* Compl.)  The conduct

**JOINT MOTION OF ALL PARTIES TO TRANSFER VENUE TO
THE SOUTHERN DISTRICT OF NEW YORK AND ENLARGE TIME
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**          **Page** 1

DA1:\524333\08\B8KT08!.DOC\68054.0003

alleged in the Complaint flows mainly from Polyplastics' sales of polymer products in alleged

violation of various agreements between Polyplastics and Plaintiff.  (*Id.*)  In addition to breach of

contract claims, Plaintiff has asserted breach of the duty of good faith and of fiduciary duty

claims, Lanham Act and common law trademark claims, misappropriation of trade secrets, and

unfair competition claims under federal and state law.  (*Id.*)

       A.     <u>Standard For Transfer Pursuant to Section 1404(a)</u>.

       2.     Section 1404(a) provides that "[f]or the convenience of parties and

witnesses, in the interest of justice, a district court may transfer any civil action to any other

district or division where it might have been brought."  28 U.S.C. § 1404(a).  The purpose of

Section 1404(a) is "to prevent waste of time, energy, and money and to protect litigants,

witnesses, and the public against unnecessary inconvenience and expense." *Research in Motion

Ltd. v. Visto Corp.*, No. Civ. A. 3:06-CV-0783-D, 2007 WL 1452092, *2 (N.D. Tex. May 17,

2007) (Fitzwater, J.) (citing *Bank One, N.A. v. Euro-Alamo Invs., Inc.,* 211 F. Supp. 2d 808, 811

(N.D. Tex. 2002) (Fitzwater, J.)).  The threshold determination in transferring venue under

section 1404(a) is whether the district to which transfer is sought would have been a district in

which the claim could have been filed initially.  *See In re Horseshoe Entm't*, 337 F.3d 429, 433

(5th Cir. 2003).

       B.     <u>This Action Could Have Been Brought in the Southern District of New York</u>.

       3.     Under 28 U.S.C. § 1391(d), venue is proper in New York because "an

alien may be sued in any district."  Defendants Daicel and Polyplastics are both alien

corporations under this statute, and thus the Complaint could have been properly filed in the

Southern District of New York.  *See, e.g.*, *Taylor v. Ishida Co., Ltd.*, No. Civ. A. 3:02-CV-0402-

D, 2002 WL 1268028, *1 (N.D. Tex. May 31, 2002) (holding that where the defendant is a

Japanese corporation, venue is appropriate pursuant to 28 U.S.C. 1391(d) because "an alien may

be sued in any district"); *Haaretz Daily Newspapers, Ltd. v. Maariv Modiin Publ'g Co., Ltd.*, No. 98 Civ. 2978 JGK JCF, 1999 WL 796163 (S.D.N.Y. Oct. 6, 1999) (holding that in a case where the plaintiff and defendant reside in different jurisdictions and the defendant is an alien corporation, pursuant to the Alien Venue Act, 28 U.S.C. § 1391(d), the alien defendant may be sued in any district).

    4.      As such, venue is proper in the Southern District of New York, and the first requirement in the Section 1404(a) inquiry is satisfied. *See* 28 U.S.C. § 1391.

    C.      <u>The Balance of Considerations Favor Transfer to the Southern District of New York</u>.

    5.      Transfer of this Action to the Southern District of New York is wholly appropriate in light of the balance of considerations. In particular: (1) the parties chose New York law to govern two key agreements at issue in this case, (2) the parties have agreed to apply New York law to the state statutory and common law claims in this case, and (3) New York is a more convenient venue for party and potential non-party witnesses. All of these factors make New York a more appropriate forum in which to litigate this action.

    6.      The parties contemplated the possibility of application of New York law and being hailed into New York courts. The key contracts between the parties at issue -- the Main Agreement entered into by Celanese and Daicel on June 25, 1962, and the Technology Agreement entered into between Celanese and Polyplastics on May 7, 1964 -- contain New York choice of law provisions.[1] These two agreements were central to the formation of Polyplastics and granting it certain intellectual property rights to manufacture and sell plastics products. Both

---

[1] Both the Main Agreement and the Technology Agreement are referenced in the Complaint. Additionally, numerous other agreements between the parties, such as the July 1995 LCP Neat Polymer Technology Agreement, as amended on December 16, 1999 (the "LCP Agreement") and the March 1, 1972 Polyester Molding Compounding Agreement (the "Polyester Agreement") are also governed under New York law.

agreements will need to be interpreted in the Action.  These facts weigh in favor of transfer to the Southern District of New York.

7.      The parties have also agreed to apply New York law to the state statutory and common law claims in this litigation, in an effort to streamline the case and avoid disputes as to the applicable choice of law.  As between two Japanese companies and a Texas company, the parties have decided to apply the law of New York -- since New York law is specified in two key agreements between the parties -- and believe that litigating the case in New York will be more efficient because the court there is familiar with New York commercial law.  This factor weighs in favor of transfer.

8.      New York is a more convenient forum for both parties' potential witnesses.  Many international airlines fly daily between New York and Tokyo, thus making travel for court appearances and trial much easier.  On the other hand, there are only two daily Tokyo-Dallas flights on only one airline.  Additionally, when the contracts at issue in this matter were negotiated, Celanese was headquartered in New Jersey.  As such, the parties believe it likely that there are potential Celanese witnesses currently residing in New Jersey -- across the Hudson River from the Southern District -- possibly even within that court's subpoena power.

9.      Accordingly, pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses, and in the interest of justice, the parties ask this Court to grant this joint Motion to transfer these proceedings to the Southern District of New York.

## II.   MOTION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

10.     On August 24, 2007, Plaintiff filed the Complaint in the above-captioned matter in the United States District Court for the Northern District of Texas, Dallas Division.

11.     Polyplastics was served with the Complaint on February 19, 2008 and Daicel was served with the Complaint on February 21, 2008 pursuant to the rules of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.  Polyplastics' original deadline to answer or otherwise respond to the Complaint was March 10, 2008 and Daicel's original deadline to answer or otherwise respond to the Complaint was March 12, 2008.

12.     On March 7, 2008, the Parties sought an extension of these deadlines until June 6, 2008 in light of the Parties' efforts to discuss potential resolution of the litigation or referral of the dispute to an alternative dispute resolution procedure.  The Parties agreed that additional time to answer would be in the interest of justice, would not be for the purpose of delaying the litigation, and would facilitate the resolution of the dispute in a manner that would best serve the interests of the Parties and judicial efficiency.  The June 6, 2008 deadline has subsequently been extended by agreement of all Parties and orders of the Court to July 21, 2008.

13.     The Parties are continuing their efforts to discuss potential resolution of the litigation, and thus, a further extension of time allowing a new deadline of August 20, 2008, would be in the interest of justice, would not be for the purpose of delaying the litigation, and would facilitate the resolution of the dispute in a manner that would best serve the interests of the Parties and judicial efficiency.

14.     Specifically, top managerial personnel of each of the Parties have attended meetings within the last month to discuss this litigation, including in-person meetings between

key business personnel on June 13-14.  Additional meetings among top managerial personnel are

being scheduled for later in July to be held in Frankfurt, Germany.  Among the topics being

discussed in these meetings are a possible agreement to resolve some or all of the issues in

dispute between the Parties and possible alternative mechanisms for resolving and streamlining

the disputes.  A further extension of time, therefore, will assist the Parties in furthering their

negotiations regarding these and other issues in an effort to narrow or resolve the actual disputed

issues between them.

15.    By making this motion and by accepting the terms of the Proposed Agreed

Order, the Parties do not waive their rights with respect to any other potential issues in this

litigation, including their respective positions regarding jurisdictional defenses under Rule 12 of

the Federal Rules of Civil Procedure either by motion or otherwise, or any other motion that they

may make.

## III.    REQUESTED RELIEF

WHEREFORE, the Parties respectfully request this Court order as follows:

16.    The Parties respectfully request that this Court enter the proposed Order

filed herewith and transfer this Action to the United States District Court for the Southern

District of New York.

17.    The Parties respectfully request that the deadline for Defendants to

answer, move, or otherwise respond to the Complaint be extended up to and including August

20, 2008.

Respectfully submitted this 17th day of July, 2008.

**JOINT MOTION OF ALL PARTIES TO TRANSFER VENUE TO**
**THE SOUTHERN DISTRICT OF NEW YORK AND ENLARGE TIME**
**TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**                **Page 6**

/s/ Vance L. Beagles
Vance L. Beagles
Texas Bar No. 00787052
Liani Kotcher
Texas Bar No. 24026238
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

*Attorneys for Defendant Polyplastics Company, Ltd.*


/s/ Karen L. Hirschman
Karen L. Hirschman
Texas Bar No. 20820300
Marc A. Fuller
Texas Bar No. 24032210
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone:  (214) 220-7704
Facsimile:  (214) 999-7704

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*


/s/ Patrick D. Keating
Patrick D. Keating
Texas Bar No. 00794074
Theodore G. Baroody
Texas Bar No. 01797550
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5406
Facsimile:  (214) 200-0494

*Attorneys for Plaintiff Celanese Corporation*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendants conferred with counsel for Plaintiff regarding the subject matter of the Agreed Motion of All Parties to Transfer Venue to the Southern District of New York and Enlarge Time to Answer, Move, or Otherwise Respond to the Complaint to Transfer Venue to the Southern District of New York and all parties agree to the transfer and enlargement of time.

/s/ Liani Kotcher
Liani Kotcher

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically transmitted the Agreed Motion of All Parties to Transfer Venue to the Southern District of New York and Enlarge Time to Answer, Move, or Otherwise Respond to the Complaint using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case.  I further certify that the foregoing document was served on all counsel of record by ECF.

/s/ Liani Kotcher
Liani Kotcher

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELANESE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:07–CV-01465–D |
| DAICEL CHEMICAL INDUSTRIES, | § | |
| LTD., and POLYPLASTICS | § | **ECF** |
| COMPANY, LTD., | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] AGREED ORDER TRANSFERRING VENUE
TO THE SOUTHERN DISTRICT OF NEW YORK AND ENLARGING
TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

To conserve party and judicial resources and in light of the parties' ongoing

efforts to resolve this dispute, the Court hereby GRANTS the Joint Motion of All Parties to

Transfer Venue to the Southern District of New York and Enlarge Time To Answer, Move or

Otherwise Respond to the Complaint, without waiver of any rights regarding jurisdictional

defenses or motions that might be made pursuant to Rule 12 of the Federal Rules of Civil

Procedures. This Action is hereby transferred to the United States District Court for the

Southern District of New York, and Defendants' time to answer, move, or otherwise respond to

the Complaint is extended up to and including August 20, 2008.

IT IS SO ORDERED.

**[PROPOSED] AGREED ORDER TRANSFERRING VENUE TO THE
SOUTHERN DISTRICT OF NEW YORK AND ENLARGING TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**                          **PAGE 1**

Dated: _____

_____
Honorable Sidney A. Fitzwater
United States District Judge


/s/Karen L. Hirschman
Karen L. Hirschman
Texas Bar No. 20820300
Marc A. Fuller
Texas Bar No. 24032210
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone: (214) 220-7704
Facsimile: (214) 999-7704
*Attorneys for Defendant Daicel Chemical*
*Industries, Ltd.*


/s/Vance L. Beagles
Vance L. Beagles
Texas Bar No. 00787052
Liani Kotcher
Texas Bar No. 24026238
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

*Attorneys for Defendant Polyplastics Company, Ltd.*


**[PROPOSED] AGREED ORDER TRANSFERRING VENUE TO THE**
**SOUTHERN DISTRICT OF NEW YORK AND ENLARGING TIME TO**
**ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**                    **PAGE 2**

/s/Patrick D. Keating
Patrick D. Keating
Texas Bar No. 00794074
Theodore G. Baroody
Texas Bar No. 01797550
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5406
Facsimile: (214) 200-0494
*Attorneys for Plaintiff Celanese Corporation*

**[PROPOSED] AGREED ORDER TRANSFERRING VENUE TO THE
SOUTHERN DISTRICT OF NEW YORK AND ENLARGING TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**　　　　**PAGE 3**

DA1:\526844\03\B@$K03!.DOC\68054.0003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CELANESE CORPORATION, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:07-CV-1465-D |
| VS. | § |
| | § |
| DAICEL CHEMICAL INDUSTRIES, | § |
| LTD., et al., | § |
| | § |
| Defendants. | § |

## ORDER

To conserve party and judicial resources, and in light of the parties' ongoing efforts to resolve this dispute, the court grants the parties' July 17, 2008 joint motion to transfer venue to the Southern District of New York and enlarge time to answer, move or otherwise respond to the complaint, without waiver of any rights regarding jurisdictional defenses or motions that might be made pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Accordingly, this action is hereby transferred to the United States District Court for the Southern District of New York, and defendants' time to answer, move, or otherwise respond to the complaint is extended to and including August 20, 2008.

**SO ORDERED**.

July 18, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

Division:

SUBJECT:

Dear Deputy Clerk:

The above action has been transferred to your court.

Enclosed is a certified copy of the transfer order and docket sheet. You may access electronically filed documents at our DCN CM/ECF web address: https://ecf.txnd.uscourts.gov. A guest login and password may be found on our website at: http://ntnet.txnd.circ5.dcn/pdf/irc/guest_login.pdf.

 Once logged into our CM/ECF database, you can query the case and download or print the PDFs for your court's file. If you find our headers at the top of each document to be a problem, they can be removed by going through Utilities, Maintain Your Account, and turning off the PDF Header before you download or print the documents.

Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the certified copy of the transfer order, docket sheet and original documents, if any, by email to the Intake Section of the appropriate division:

Please reference our case number and brief style in the subject of your email acknowledgment.

Sincerely,
KAREN MITCHELL
Clerk of Court