UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
CELANESE CORPORATION,

        Plaintiff,

    v.

DAICEL CHEMICAL INDUSTRIES, LTD., and
POLYPLASTICS COMPANY, LTD.,

        Defendants.

------------------------------------------ x

1:08-CV-06660 (SHS)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP hereby appears as counsel of record for Defendant Polyplastics Company, Ltd. in the above-captioned action and requests that all future correspondence and papers in connection with this action be directed to the undersigned at the address listed below.

Dated:    New York, New York
           August 4, 2008

                                              By: /s/ Steven A. Reiss
                                                  Steven A. Reiss (SR-5889)
                                                  Adam C. Hemlock (AH-6610)
                                                  Rima J. Oken (RO-1934)
                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10153-0119
                                                  (212) 310-8000

                                                  *Attorneys for Defendant Polyplastics Company.*
                                                  *Ltd.*