UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELANESE CORPORATION,<br><br>                Plaintiff,<br><br>- against -<br><br>DAICEL CHEMICAL INDUSTRIES, LTD., and POLYPLASTICS COMPANY, LTD.,<br><br>                Defendants. | 1:08-CV--06660 (SHS)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Paul, Hastings, Janofsky & Walker LLP hereby appears as counsel of record for Plaintiff Celanese Corporation in the above captioned action, and requests that all future correspondence and papers in connection with this action be directed to the undersigned at the address listed below.

Dated: August 5, 2008      By:    /s/ Daniel B. Goldman
                                                 Daniel B. Goldman (DG-4503)

                                                 PAUL, HASTINGS, JANOFSKY
                                                  & WALKER LLP
                                                 75 East 55th Street
                                                 New York, NY 10022
                                                 (212) 318-6800

                                                 *Counsel for Plaintiff Celanese Corporation*

## CERTIFICATE OF SERVICE

I, DANIEL B. GOLDMAN, hereby certify that on August 5, 2008 the foregoing NOTICE OF APPEARANCE was filed through the Court's CM/ECF system, which sends electronic notification of the filing and a link to the filed document to counsel registered to use that system.

/s/ Daniel B. Goldman
Daniel B. Goldman

LEGAL_US_E # 80445471.1 58163.00001