Stein, T

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELANESE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DAICEL CHEMICAL INDUSTRIES, LTD., and POLYPLASTICS COMPANY, LTD.,<br><br>    Defendants. | 1:08-CV-06660 (SHS)<br><br>**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL** |

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that the law firm of Foley & Lardner LLP is hereby substituted in place and in the stead of the

law firm Vinson & Elkins LLP as counsel of record for Defendant Daicel Chemical Industries,

Ltd. in the above captioned action.


    Dated: August 6, 2008
           New York, New York

08 Civ 6660 (SHS)

FOLEY & LARDNER LLP

By: *Robert A. Sch*

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

*Attorneys for Defendant Daicel Chemical
Industries, Ltd.*


VINSON & ELKINS LLP

By: *Marc Fuller*

Karen L. Hirschman
Marc A. Fuller
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 220-7881
khirschman@velaw.com
mfuller@velaw.com


SO ORDERED: 8/8/08

Honorable Sidney H. Stein
United States District Judge

2