USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

CELANESE CORPORATION,

          Plaintiff,

v.

DAICEL CHEMICAL INDUSTRIES, LTD.,
and POLYPLASTICS COMPANY, LTD.,

          Defendants.

---------------------------------- x

Case No: 1:08-CV—06660
(SHS)

**STIPULATION AND ORDER**

**WHEREAS**, on August 24, 2007, plaintiff Celanese Corporation ("Plaintiff") filed a complaint in the above captioned matter in the United States District Court in the Northern District of Texas, Dallas Division ("Complaint");

**WHEREAS**, defendants Polyplastics Company, Ltd. and Daicel Chemical Industries, Ltd. ("Defendants") were served with the Complaint on February 19, 2008 and February 20, 2008, respectively;

**WHEREAS**, this action was transferred to the United States District Court in the Southern District of New York on July 18, 2008;

**WHEREAS**, there have been several recent meetings between the parties, and there are planned upcoming meetings between the parties, including the Chief Executive Officers of defendant Daicel Chemical Industries and plaintiff Celanese Corporation, in an attempt to resolve the litigation;

**WHEREAS**, the parties agree that additional time to answer or otherwise respond to the plaintiff's complaint would be in the interest of justice, would not be for the purpose of delaying the litigation, and would facilitate the resolution of the dispute in a manner that would best serve the interests of the parties;

**NOW, THEREFORE**, subject to the approval of the Court, **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants that Defendants' time to respond to Plaintiff's Complaint, filed August 24, 2007, in the above-captioned action is extended up to and including Wednesday, October 1, 2008.

Dated: New York, New York
August 18, 2008

PAUL, HASTINGS, JANOFSKY
& WALKER LLP

*Daniel B. Goldman /by SAR*

By:   Daniel B. Goldman (DG 4503)
*Attorneys for Plaintiff Celanese Corporation*
75 East 55th Street
New York, NY 10022
(212) 318-6800

FOLEY & LARDNER LLP

*Robert A. Scher, by SAR*

By:   Robert A. Scher (RS 2910)
*Attorneys for Defendant Daicel Chemical Industries, Ltd.*
90 Park Avenue
New York, NY 10016
(212) 682-7474

WEIL, GOTSHAL & MANGES LLP

*Steven Alan Reiss*

By:   Steven Alan Reiss (SR 5889)
*Attorneys for Defendant Polyplastics Company, Ltd.*
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

SO ORDERED: 8/19/08

Honorable Sidney H. Stein
United States District Judge