Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

(SMS 9/2/08)
SCANNED

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CELANESE CORPORATION,

              Plaintiff,

       v.

DAICEL CHEMICAL INDUSTRIES, LTD., and
POLYPLASTICS COMPANY, LTD.,

              Defendants.

---

1:08-CV-06660 (SHS)

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert A. Scher, counsel for Defendant Daicel Chemical Industries, Ltd., and a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Kenneth E. Krosin |
| Firm Name: | Foley & Lardner LLP |
| Address: | 3000 K Street, N.W. |
| | Suite 500 |
| City/State/Zip: | Washington, DC 20007-5143 |
| Phone Number: | (202) 672-5332 |
| Fax Number: | (202) 672-5399 |

Kenneth E. Krosin is a member in good standing of the Bars of the State of Virginia and the District of Columbia, the United States District Court for the District of the District of Columbia, the United States District Court for the Eastern District of Virginia, the United States District

Court for the Eastern District of Michigan, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.

Dated: August 29 , 2008
        New York, New York

                                    FOLEY & LARDNER LLP

                                    By: _Robert Sch_____
                                        Peter N. Wang (PW 9216)
                                        Robert A. Scher (RS 2910)
                                        Dana C. Rundlöf (DR 1431)
                                        90 Park Avenue
                                        New York, NY 10016
                                        Telephone: (212) 682-7474
                                        Facsimile: (212) 687-2329
                                        pwang@foley.com
                                        rscher@foley.com
                                        drundlof@foley.com

                                        *Attorneys for Defendant Daicel Chemical
                                        Industries, Ltd.*

2

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile:  (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELANESE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DAICEL CHEMICAL INDUSTRIES, LTD., and POLYPLASTICS COMPANY, LTD.,<br><br>Defendants. | 1:08-CV-06660 (SHS)<br><br><br>**AFFIDAVIT OF ROBERT A. SCHER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW YORK    )
                                        )    ss.:
COUNTY OF NEW YORK  )

Robert A Scher, being duly sworn, hereby deposes and says as follows:

1.      I am a partner at Foley & Lardner LLP, counsel for defendant Daicel Chemical Industries, Ltd. ("Daicel") in the above-captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion to admit Kenneth E. Krosin as counsel *pro hac vice* to represent Daicel in this matter.

2.      I am a member in good standing of the bar of the State of New York and was admitted to practice law in the State of New York in March, 1987.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    Kenneth E. Krosin is a partner at Foley & Lardner LLP in Washington, DC.

4.    Kenneth E. Krosin is a member in good standing of the Bars of the State of Virginia and the District of Columbia. He is also admitted to the bars of the United States District Court for the District of the District of Columbia, the United States District Court for the Eastern District of Virginia, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court. He is in good standing with each of those courts. Certificates of Good Standing from the Bars of the State of Virginia and the District of Columbia are attached hereto as Exhibit A.

5.    I understand Mr. Krosin to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court. I know of no reason why Mr. Krosin should not be admitted *pro hac vice*.

6.    Accordingly, I am pleased to move the admission of Kenneth E. Krosin, *pro hac vice*.

7.    I respectfully request that the motion to admit Kenneth E. Krosin, *pro hac vice*, to represent Defendant Daicel Chemical Industries, Ltd., in the above-captioned matter, be granted. I respectfully submit a proposed order granting the admission of Kenneth E. Krosin, *pro hac vice*, which is attached hereto as Exhibit B.

Robert A. Scher (RS 2910)

Sworn to before me this
29   day of August, 2008

Notary Public, State of New York

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20 10

2



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT KENNETH EDWARD KROSIN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE

BAR IN GOOD STANDING. **MR. KROSIN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **FEBRUARY 26, 1990,**

AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

*Issued August 8, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

KENNETH E. KROSIN

was on the  12TH  day of  MAY, 1972

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
6, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile:  (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELANESE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DAICEL CHEMICAL INDUSTRIES, LTD., and POLYPLASTICS COMPANY, LTD., <br><br> Defendants. | 1:08-CV-06660 (SHS) <br><br> **ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |

Upon the motion of Robert A. Scher, attorney for Defendant Daicel Chemical Industries, Ltd. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kenneth E. Krosin |
| Firm Name: | Foley & Lardner LLP |
| Address: | 3000 K Street, N.W. |
| | Suite 500 |
| City/State/Zip: | Washington, DC 20007-5143 |
| Phone Number: | (202) 672-5332 |
| Fax Number: | (202) 672-5399 |

is admitted to practice *pro hac vice* as counsel for Defendant Daicel Chemical Industries, Ltd., in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August ____, 2008
      New York, New York

 

 

                                       _____
                                       United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

CELANESE CORPORATION,                              :

                        Plaintiff,                  :        1: 08-CV-06660

                                                    :        **AFFIDAVIT**
        v.                                          :        **OF SERVICE**

                                                    :
DAICEL CHEMICAL INDUSTRIES, LTD., and               :
POLYPLASTICS COMPANY, LTD.,                          :

                        Defendants                  :

                                                    :
----------------------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )


JOANNA KAHAN, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 366

12th Street, Brooklyn, NY 11215.

That on the 29th day of August, 2008, deponent served a copy of the **Notice of**

**Motion** and **Affidavit of Robert A. Scher in Support of Written Motion to Admit Kenneth**

**E. Krosin *Pro Hac Vice*** upon all counsel of record at their last address as follows via First Class

Mail:

> **Daniel Bruce Goldman**
> Kasowitz, Benson, Torres & Friedman, LLP (NYC)
> 1633 Broadway
> New York, NY 10019
> 212-506-1708
> Fax: 212-5414244
> Email: dangoldman@paulhastings.com

**Patrick D. Keating**
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202
(214) 651-5000
Fax: (214) 200-0494

**Theodore G. Baroody**
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202
(214) 651-5108
Fax: (214) 200-0831

**Liani Kotcher**
Weil Gotshal & Manges
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8157

**Steven Alan Reiss**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue
New York, NY 10023
2123108000
Fax: 2128333148
Email: steven.reiss@weil.com

**Vance Loren Beagles**
Weil, Gotshal & Manges
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-7700
Fax: (214) 746-7777
Email: vance.beagles@weil.com

Joanna C. Kahan

Sworn to before me this
29 day of August, 2008

Notary Public

LAUREL SANDLER
Notary Public, State of New York
No. 4766358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20 10