Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile:  (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELANESE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DAICEL CHEMICAL INDUSTRIES, LTD., and POLYPLASTICS COMPANY, LTD.,<br><br>Defendants. | 1:08-CV-06660 (SHS)<br><br>**MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert A. Scher, counsel for Defendant Daicel Chemical Industries, Ltd., and a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:    Liane M. Peterson
        Firm Name:    Foley & Lardner LLP
        Address:    3000 K Street, N.W.
                            Suite 500
        City/State/Zip:    Washington, DC 20007-5143
        Phone Number:    (202) 945-6116
        Fax Number:    (202) 672-5399

Liane M. Peterson is a member in good standing of the Bars of the State of Virginia and the District of Columbia, the United States District Court for the District of the District of Columbia, and the United States District Court for the Eastern District of Texas.

Dated: August 29, 2008
       New York, New York

                              FOLEY & LARDNER LLP

                          By: /s/ Robert Scher
                              Peter N. Wang (PW 9216)
                              Robert A. Scher (RS 2910)
                              Dana C. Rundlöf (DR 1431)
                              90 Park Avenue
                              New York, NY 10016
                              Telephone: (212) 682-7474
                              Facsimile: (212) 687-2329
                              pwang@foley.com
                              rscher@foley.com
                              drundlof@foley.com

                              *Attorneys for Defendant Daicel Chemical Industries, Ltd.*

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile:  (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELANESE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAICEL CHEMICAL INDUSTRIES, LTD., and POLYPLASTICS COMPANY, LTD.,<br><br>　　　　　　Defendants. | 1:08-CV-06660 (SHS)<br><br>**AFFIDAVIT OF ROBERT A. SCHER IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

STATE OF NEW YORK　)
　　　　　　　　　　 ) ss.:
COUNTY OF NEW YORK )

　　　Robert A Scher, being duly sworn, hereby deposes and says as follows:

1.　　I am a partner at Foley & Lardner LLP, counsel for defendant Daicel Chemical Industries, Ltd. ("Daicel") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion to admit Liane M. Peterson as counsel *pro hac vice* to represent Daicel in this matter.

2.　　I am a member in good standing of the bar of the State of New York and was admitted to practice law in the State of New York in March, 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Liane M. Peterson is an associate at Foley & Lardner LLP in Washington, DC.

4. Liane M. Peterson is a member in good standing of the Bars of the State of Virginia and the District of Columbia. She is also admitted to the bars of the United States District Court for the District of the District of Columbia, and the United States District Court for the Eastern District of Texas. She is in good standing with each of those courts. Certificates of Good Standing from the Bars of the State of Virginia and the District of Columbia are attached hereto as Exhibit A.

5. I understand Ms. Peterson to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court. I know of no reason why Ms. Peterson should not be admitted *pro hac vice*.

6. Accordingly, I am pleased to move the admission of Liane M. Peterson, *pro hac vice*.

7. I respectfully request that the motion to admit Liane M. Peterson, *pro hac vice*, to represent Defendant Daicel Chemical Industries, Ltd., in the above-captioned matter, be granted. I respectfully submit a proposed order granting the admission of Liane M. Peterson, *pro hac vice*, which is attached hereto as Exhibit B.

_____
Robert A. Scher (RS 2910)

Sworn to before me this
29 day of August, 2008

_____
Notary Public, State of New York

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20 1C

2

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

LIANE MARIE PETERSON

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2003.

I further certify that so far as the records of this office are concerned, LIANE MARIE PETERSON is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 12th day of August A.D. 2008

By: _____
*Deputy Clerk*



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**LIANE M. PETERSON**

was on the 9TH day of JULY, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

Case 1:08-cv-06660-SHS    Document 8    Filed 08/29/2008    Page 8 of 13

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELANESE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAICEL CHEMICAL INDUSTRIES, LTD., and POLYPLASTICS COMPANY, LTD.,<br><br>　　　　　　Defendants. | 1:08-CV-06660 (SHS)<br><br>**ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |

Upon the motion of Robert A. Scher, attorney for Defendant Daicel Chemical Industries, Ltd. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Liane M. Peterson
    Firm Name:  Foley & Lardner LLP
    Address:  3000 K Street, N.W.
          Suite 500
    City/State/Zip:  Washington, DC 20007-5143
    Phone Number:  (202) 945-6116
    Fax Number:  (202) 672-5399

is admitted to practice *pro hac vice* as counsel for Defendant Daicel Chemical Industries, Ltd., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August ____, 2008
      New York, New York

 

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CELANESE CORPORATION,

    Plaintiff,

  v.

DAICEL CHEMICAL INDUSTRIES, LTD., and
POLYPLASTICS COMPANY, LTD.,

    Defendants

------------------------------------------------------------------------X

1: 08-CV-06660

**AFFIDAVIT
OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  JOANNA KAHAN, being duly sworn, deposes and says:

  Deponent is not a party to the action, is over 18 years of age and resides at 366 12th Street, Brooklyn, NY 11215.

  That on the 29th day of August, 2008, deponent served a copy of the **Notice of Motion and Affidavit of Robert A. Scher in Support of Written Motion to Admit Liane M. Peterson** *Pro Hac Vice* upon all counsel of record at their last address as follows via First Class Mail:

    **Daniel Bruce Goldman**
    Kasowitz, Benson, Torres & Friedman, LLP (NYC)
    1633 Broadway
    New York, NY 10019
    212-506-1708
    Fax: 212-5414244
    Email: dangoldman@paulhastings.com

**Patrick D. Keating**
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202
(214) 651-5000
Fax: (214) 200-0494

**Theodore G. Baroody**
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202
(214) 651-5108
Fax: (214) 200-0831

**Liani Kotcher**
Weil Gotshal & Manges
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8157

**Steven Alan Reiss**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue
New York, NY 10023
2123108000
Fax: 2128333148
Email: steven.reiss@weil.com

**Vance Loren Beagles**
Weil, Gotshal & Manges
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-7700
Fax: (214) 746-7777
Email: vance.beagles@weil.com

*Joanna C. Kahan*
Joanna C. Kahan

Sworn to before me this
29 day of August, 2008

*Laurel Sandler*
Notary Public

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20 10

NYC_285488.1                                    3