USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
pwang@foley.com
rscher@foley.com
drundlof@foley.com

*Attorneys for Defendant Daicel Chemical Industries, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELANESE CORPORATION,<br>Plaintiff,<br>v.<br>DAICEL CHEMICAL INDUSTRIES, LTD., and POLYPLASTICS COMPANY, LTD.,<br>Defendants. | 1:08-CV-06660 (SHS)<br><br>**ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |

Upon the motion of Robert A. Scher, attorney for Defendant Daicel Chemical Industries, Ltd. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kenneth E. Krosin |
| Firm Name: | Foley & Lardner LLP |
| Address: | 3000 K Street, N.W. |
| | Suite 500 |
| City/State/Zip: | Washington, DC 20007-5143 |
| Phone Number: | (202) 672-5332 |
| Fax Number: | (202) 672-5399 |

is admitted to practice *pro hac vice* as counsel for Defendant Daicel Chemical Industries, Ltd., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~August~~ 9/5, 2008
New York, New York

United States District/~~Magistrate~~ Judge